

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | ▇▇▇ |
| Williams & Fudge, Inc. Pin # | ▇▇▇ |
| Amount Due for Accounts Listed Below | $ 927.00 |

**WILLIAMS & FUDGE, INC**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791   1-800-551-5772
TTY: 1-866-220-2920

August 31, 2016

**Account(s) Details**

| Creditor | Account # | Amount Owed |
|---|---|---|
| LARAMIE COUNTY COMMUNITY COLLEGE AR | ▇▇▇4539 | 927.00 |
| | | $ 927.00 |

We represent the above creditor(s) to collect the total amount from you in connection with a delinquent debt.

There have been many attempts to contact you in an effort to resolve this debt. We want to find a way to work with you in order to clear this outstanding balance. As of this date we have not been able to resolve the above account(s) with you.

It is important that we arrive at an agreement to begin taking care of this/these debt(s). You may contact my office at the extension below or communicate with me via my email address below with your intentions.

As of the date of this letter, the amount placed into collections is $ 927.00. Because of interest, late charges, and other charges that may vary from day to day, the amount due on the day you pay may be greater. Hence, if you pay the amount shown above, an additional balance may remain after we receive your payment. For further information, write or call the undersigned.

Williams & Fudge, Inc.
Carmen Galleguillos
803-326-1206
Cgalleguillos@wfcorp.Com

This communication is an attempt to collect a debt and any information obtained will be used for that purpose.

**FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT, SEE WWW.COLORADOATTORNEYGENERAL.GOV/CA.** As required by law, you have the right to request in writing that we cease further communication with you. A written request to cease communication will not prohibit us from taking any other action authorized by law to collect the debt. Agency Colorado Office: Colorado Management Inc., 80 Garden Center, Suite 3, Broomfield, CO 80020 Tel. (303) 920-4763.



**As a convenience we provide multiple methods for payment of the above balance.**

**Online/Mobile App Payments**
www.wfpayaccounts.com
ElectronicChecks (ACH), Visa, Master Card, and Discover
You may also view account information at our website by selecting the "Check Balance" option.

**Pay by Phone**
Carmen Galleguillos    803-326-1206    Cgalleguillos@wfcorp.Com
ElectronicChecks (ACH), Visa, Master Card, and Discover

**Pay by Mail**
Williams & Fudge, Inc.
P.O. Box 11590
Rock Hill, SC 29731-1590

Note: Subject to applicable state law, payments by debit/credit card are subject to a maximum convenience fee in the amount of $7.00. Payment by debit/credit card is not allowed by every Williams & Fudge, Inc. client. If you attempt to pay your debt via credit card and the applicable creditor does not allow Williams & Fudge, Inc. to accept credit card payments, then we will not run your payment. We will attempt to contact you to secure an alternate method of payment. Please contact us prior to attempting a credit card payment if you have any questions or concerns.

2TTWILL118