**WILLIAMS & FUDGE, INC.**
300 Chatham Ave., P.O. Box 11590
Rock Hill, SC 29731-1590
1-803-329-9791    1-800-849-9791

TTWILL11
PO Box 1099
Wixom MI 48393-1099
ADDRESS SERVICE REQUESTED

November 10, 2016

269774350

David N Dibble

Williams & Fudge, Inc.
PO Box 11590
Rock Hill SC 29731-1590

| Consumer Information | |
|---|---|
| Williams & Fudge, Inc. Consumer ID # | |
| Williams & Fudge, Inc. Pin # | |
| Amount Due for Accounts Listed Below | $ 927.00 |

***Detach Upper Portion And Return With Payment***

**Account(s) Details**

| Creditor | Account # | Amount Owed |
|---|---|---|
| LARAMIE COUNTY COMMUNITY COLLEGE AR | 4539 | 927.00 |
| | | $ 927.00 |

Please find enclosed the information you requested for the above referenced account. Should you have any questions you may contact the undersigned directly.

Williams & Fudge, Inc.
Karrie Adams  803-326-1401  Kadams@wfcorp.Com

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

1TTWILL11N0