

**LARAMIE COUNTY COMMUNITY COLLEGE**

Monday, November 07, 2016

To whom it may concern:

Re: Dibble, David N -- Student ID # ▮▮▮▮▮▮

In reference to the dispute of charges, I have reviewed the students account for details. The student registered for classes for fall 2010 on August 20, 2010. This was done using the online web portal, Eagles Eye; where students cannot complete online registration without agreeing to the terms of financial responsibility. The student dropped his Western Civilization class on October 17th, 2010, after the refund period had ended, and that he stopped attending his US Military History on October 18th according to his instructor.. This also was done through his web portal account. Review of his attendance record for the Philosophy of Religion class has revealed that the student did not attend that class according to the reports from his instructor, and he has been administratively withdrawn from that class, thus reducing the balance due by $309.00

The student's account was sent to the Collection Center in October 2012, but efforts to collect were unsuccessful. The contract between that agency and LCCC was terminated in Sept 2014. The student's account was forwarded to Williams & Fudge on 4/8/2016. The current balance on is $618.00 after removal for the cost of the Philosophy of Religion course.

I have enclosed the following documents to show evidence of the debt being valid:

- Statement of accounts for registration, and turnover to collections.
- A copy of the student's web application showing SSN & DOB.
- A copy of the refund period table from the student catalog for the 2010-2011 academic year

If any further information is required, please contact us.

Kindest regards,

*[signature]*

Shauna Best
Student Accounts Technician
Cashier/Collections
LCCC Cheyenne Campus
studentaccounts@lccc.wy.edu
(307) 778-1199
Fax: (307) 432-7866

Enclosures: Account Statements (2), application, catalog pages (2)

1400 East College Drive • Cheyenne, Wyoming 82007 • 307.778.LCCC • lccc.wy.edu